CITY OF VALDOSTA *v.* SOUTHERN PAVING & CONSTRUCTION CO.

ATKINSON, J. Under the pleadings and evidence there was no error in any of the rulings on demurrers or admission of evidence, made during the progress of the trial; or in directing a verdict for the plaintiff.
*Judgment affirmed. All the Justices concur.*

Submitted November 6, 1908.—Decided April 17, 1909.

Complaint. Before Judge Mitchell. Lowndes superior court. May 21, 1908.

*W. E. Thomas* and *Woodward & Smith,* for plaintiff in error. *Denmark, Ashley & Smith,* contra.